UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-61893-CIV-SEITZ/O'SULLIVAN

PAUL DELISLE, individually,

    Plaintiff,

v.

LYG CORPORATION, a Florida corporation
d/b/a Coral Rose Café, and LIDIYA UMANSKY,
individually,

    Defendants.
_____/

## FINAL JUDGMENT

Pursuant to the Court's Order Granting Defendants' Motion for Summary Judgment, Dismissing Matter with Prejudice and Closing Case, it is hereby

ORDERED that Judgment is entered in favor of Defendants LYG Corporation d/b/a Coral Rose Café, and Lidiya Umansky, and against Plaintiff Paul Delisle, who shall take nothing by this action.

DONE and ORDERED at Miami, Florida, this 16th day of April, 2008.

                              PATRICIA A. SEITZ
                              UNITED STATES DISTRICT JUDGE

cc:
All Counsel of Record